UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CELESTINE JONES

VERSUS

GOLDEN CORRAL CORPORATION

CIVIL ACTION

NO. 09-324-BAJ-DLD

## RULING AND ORDER

This matter is before the Court on Plaintiff's Petition to Review Costs Taxed by the Clerk of Court (doc. 50).  The motion is opposed by Defendant (doc. 51).

The Court has carefully reviewed this matter and finds that the motion should be denied for the reasons advanced in Defendant's opposing memorandum.  A district court has wide discretion to award costs to a prevailing party.  *Energy Mgmt. Corp. v. City of Shreveport*, 467 F.3d 471, 483 (5th Cir. 2006).  Moreover, there is a strong presumption under Rule 54(d)(1) that the prevailing party will be awarded costs.  *Cheatham v. Allstate Ins. Co.*, 465 F.3d 578, 586 (5th Cir. 2006).

Based upon a review of Plaintiff's Petition,[1] Plaintiff did not address any specific objections to the Clerk's calculation of costs.  Further, Plaintiff's pleading contains no argument as to why the Clerk's assessment of costs was incorrect.  Finally, Plaintiff fails to cite to any case law that would persuade this court to review the costs.  Accordingly, Plaintiff's Petition must be denied.

---

[1]  The Court notes that Plaintiff's Petition to Review Costs is a one sentence request citing to Rule 54 (d).

For the foregoing reasons, Plaintiff's Petition to Review Costs Taxed by the

Clerk of Court (doc. 50) is hereby **DENIED**.

Baton Rouge, Louisiana, July 30, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA